\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*
TIME RECEIVED                REMOTE CSID              DURATION    PAGES    STATUS
December 5, 2018 at 11:02:50 AM EST    seannmalloy-law 953    163    Received

Case 8:19-cv-00261-CBD   Document 1-1   Filed 01/28/19   Page 1 of 4

From: Seann Malloy    Fax: 18885422921    To:    Fax: (763) 898-5467    Page: 7 of 10    12/05/2018 8:55 AM

# IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND
## Civil Division

| | |
|---|---|
| GLORIA PINTO<br>1 Applegrath Court<br>Germantown, MD 20876<br><br>Plaintiff,<br><br>v.<br><br>SHOPPERS FOOD WAREHOUSE, CORP.<br><br>    Serve on:<br>    The Corporation Trust,<br>    Incorporated<br>    2405 York Road Suite 201<br>    Suite 201 Lutherville<br>    Timonium, MD 21093<br><br>Defendant. | *<br>*<br>*<br>*<br>*   CASE NO.:<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## COMPLAINT

COMES NOW Plaintiff, Gloria Pinto, by and through her attorneys, Seann P. Malloy and Malloy Law Offices, LLC, and brings forth this lawsuit, and in support thereof states as follows:

### PARTIES

1. Plaintiff is an adult resident of Montgomery County, Maryland.

2. Upon information and belief Defendant Shoppers Food Warehouse Corporation (hereinafter "Shoppers") is a private business incorporated in the State of Maryland. Defendant Shoppers operates and does business in this jurisdiction.

### COUNT I (Negligence)

(Gloria Pinto v. Shoppers Food Warehouse Corporation)

3. Paragraphs 1 – 2 (one through two) are incorporated by reference as if fully restated.

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED         REMOTE CSID              DURATION    PAGES    STATUS
December 5, 2018 at 11:02:50 AM EST    stevenedmolloy-law 363         Received

Case 8:19-cv-00261-CBD   Document 1-1   Filed 01/28/19   Page 2 of 4

From: Seann Malloy    Fax: 18885422921    To:    Fax: (763) 898-5467    Page: 8 of 10    12/05/2018 8:55 AM

4. On August 3, 2018, Plaintiff was walking inside of the Shoppers store located at 6300 Coventry Way, Clinton Heights, MD 20735. This store is owned and operated by Defendant Shoppers.

5. As Plaintiff was walking through an aisle of the Defendant's store, she slipped and fell on a large accumulation of liquid near a shelf lined with various products. As a result of this fall Plaintiff sustained significant injuries to her person.

6. At all times material hereto, Plaintiff was an invitee of the Defendant and was owed duties including but not limited to:

(a) Properly and prudently warning all patrons and invitees of the store that a potentially unsafe hazard existed at all times material hereto;

(b) Posting and/or providing proper visible notice available to all patrons and invitees of the store, stating that a potentially unsafe hazard existed at all times material hereto;

(c) Properly inspecting the area around the potentially unsafe hazard;

(d) Properly maintaining the premises of the store in a safe and prudent manner as to avoid injuries such as that suffered by Plaintiff.

(e) Maintaining a safe environment at the store for people foreseeably encountering the hazard;

(f) Hiring competent and capable agents, servants and/or employees who could properly and prudently maintain the safety of the premises;

(g) Training competent and capable agents, servants and/or employees who could properly and prudently maintain the safety of the premises at all times material hereto; and,

** INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY **
TIME RECEIVED              REMOTE CSID                DURATION    PAGES    STATUS
December 5, 2018 at 11:02:56 AM EST    stefan-law bss                              Received
From: Seann Malloy        Fax: 18885422921        To:        Fax: (763) 898-5467        Page: 9 of 10        12/05/2018 8:55 AM

(h) Not creating an unnecessary risk of danger to Plaintiff.

7. The injuries and damages stated herein were caused by and were the direct and proximate result of the negligence, willfulness and wantonness of Defendant, generally and in the following particulars:

(a) In failing to properly and prudently warn all patrons and invitees of the store that a potentially unsafe hazard existed at all times material hereto;

(b) In failing to post and/or provide proper visible notice available to all patrons and invitees of the store, stating that a potentially unsafe hazard existed at all times material hereto;

(c) In failing to properly inspect the area around the potentially unsafe hazard;

(d) In failing to properly maintain the premises of the store in a safe and prudent manner as to avoid injuries such as that suffered by Plaintiff;

(e) In failing to maintain a safe environment at the store for people foreseeably encountering the hazard;

(f) In failing to hire competent and capable agents, servants and/or employees who could properly and prudently maintain the safety of the premises;

(g) In failing to train competent and capable agents, servants and/or employees who could properly and prudently maintain the safety of the premises at all times material hereto; and,

(h) In creating an unnecessary risk of danger to Plaintiff.

8. As a direct and proximate result of the aforesaid negligence, Plaintiff was caused to fall and sustained injury to all parts of her body, suffered and will suffer great pain of body and mind, and incurred and will incur medical and out-of-pocket expenses.

\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*
TIME RECEIVED                REMOTE CSID            DURATION    PAGES    STATUS
December 5, 2018 at 11:02:56 AM EST    seann@malloy-law.9b3    163    Received

Case 8:19-cv-00261-CBD   Document 1-1   Filed 01/28/19   Page 4 of 4

From: Seann Malloy    Fax: 18885422921    To:    Fax: (763) 898-5467    Page: 10 of 10    12/05/2018 8:55 AM

WHEREFORE, the premises considered, Plaintiff demands judgment against the Defendant, in a sum in excess of $75,000.00 (SEVENTY FIVE THOUSAND DOLLARS), pre-judgment and post-judgment interest and costs of this suit.

Respectfully submitted,

Seann P. Malloy, Esq. #:0606130195
Malloy Law Offices, LLC
7910 Woodmont Avenue, Suite 1250
Bethesda, Maryland 20735
P/ 202-464-0727
F/ 888-607-8691
Seann@malloy-law.com

**ELECTION FOR JURY TRIAL**

The Plaintiff elects to have the above entitled matter tried before a jury.

Seann P. Malloy, Esq.