IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Southern Division

| | | |
|---|---|---|
| **GLORIA PINTO,** | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil Action No.: CBD-19-261 |
| | * | |
| **SHOPPERS FOOD WAREHOUSE, LLC** | * | |
| | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | ***** | |

## ORDER

Before the Court is Defendant's Motion for Summary Judgment ("Defendant's Motion"), ECF No. 15.  The Court has reviewed Defendant's Motion, the opposition thereto, and Defendant's Reply.  No hearing is deemed necessary.  *See* Local Rule 105.6 (D. Md.).  For the reasons set forth in the accompanying Memorandum Opinion, the Court GRANTS Defendant's Motion.  Judgment shall be entered in favor of Defendant and the case shall be closed.

December 9, 2019                                         /s/
                                                                    Charles B. Day
                                                                    United States Magistrate Judge

CBD/hjd

1